COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Clay Ammerman and Erin Ammerman **v.** Johnny Wilson and Angela Wilson

Appellate case number:   01-17-00448-CV

Trial court case number: 16-01-23529

Trial court:             506th District Court of Waller County

Date motion filed:       September 27, 2018

Party filing motion:     appellants, Clay and Erin Ammerman

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
                   ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey

Date: November 29, 2018